**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**FILLIN STATION GRILLE, LLC**                                                  **PLAINTIFF**

**VS.**                                      **CAUSE NO.: 2:11-CV-00210-MPM-JMV**

**CITY OF SOUTHAVEN, TOM LONG,
individually and in his capacity as Chief
of Police, LORINE CADY, individually and
in her capacity as an Alderman for the
City of Southaven, RANDY HULING,
individually and in his capacity as an
Alderman for the City of Southaven,
WILLIAM BROOKS, individually and in
his capacity as an Alderman for the City
of Southaven, RICKY JOBES, individually
and in his capacity as an Alderman for the
City of Southaven,**                                      **DEFENDANTS**

**CONSENT ORDER GRANTING STAY**

This matter came before the Court upon the filing of Defendants' Motion for Stay, requesting that the Case Management Conference set for July 31, 2012 at 10:30 be cancelled and all Case Management Deadlines be stayed. As evidenced by their respective signatures below, the parties are in agreement with the proposed Motion. Moreover, the court finds that in light of the immunity defenses asserted by defendants in their motion for summary judgment, this case should be stayed pursuant to L. U. Civ. R. 16(b)(3).

IT IS, THEREFORE, ORDERED that The Case Management Conference set for July 31, 2012, is cancelled and all Case Management Deadlines shall be stayed pending a ruling on

Defendants' Motion for Summary Judgment.

This, the 27th day of June, 2012.

/s/ Jane M. Virden
U. S. Magistrate Judge

CONSENTED AND APPROVED:

/s/ Robert E. Hayes, Jr
ROBERT E. HAYES, JR. (MSB # 100717)
DAVID E. ROZIER, JR. (MSB #5712)
Attorneys for Defendants

OF COUNSEL:
ROZIER HAYES, PLLC
5740 Getwell Road, Building 9, Suite A
Southaven, Mississippi 38672
Ph: (662) 890-6909
Fax: (662) 890-6928
Email: rhayes@rohalaw.com
drozier@rohalaw.com


/s/ E. Gene Thornton III
E. Gene Thornton, III
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
ethornton@evanspetree.com
Attorney for Plaintiff

2